1060

[No. 14112-4-II. Division Two. August 5, 1992.]

THE CITY OF LONGVIEW, *Respondent*, v. RUSSELL
C. MILLER, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz
County, No. 90-2-00101-7, Milton R. Cox, J., entered May 4,
1990. *Reversed* by unpublished opinion per Alexander, J.,
concurred in by Morgan, A.C.J., and Seinfeld, J.

[No. 11415-5-III. Division Three. August 6, 1992.]

GRACE C. HOLCOMB, *Individually and as Personal
Representative, Appellant*, v. MICHAEL
P. BERG, *Respondent*.

Appeal from a judgment of the Superior Court for
Spokane County, No. 85-2-03911-9, John J. Ripple, J. Pro
Tem., entered February 7, 1991. *Affirmed* by unpublished
opinion per Green, J. Pro Tem., concurred in by Munson
and Webster, JJ.

[No. 12007-4-III. Division Three. August 6, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. CHRISTOPHER
DIBBLE, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane
County, No. 91-8-00596-2, Marcus M. Kelly, J., entered
October 22, 1991. *Affirmed* by unpublished opinion per
Thompson, J., concurred in by Shields, C.J., and Sweeney, J.